# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

DELLA LUSTER

    v.

SQUARE D COMPANY

                                                            Case Number: 03-4199-CV-C-WAK

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED THAT:** defendant's motion of November 14, 2005, for summary judgment is granted and this case is dismissed.

*ENTERED ON: March 15, 2006*

<u>March 15, 2006</u>
Date

                                            *Patricia L. Brune*
                                            *Clerk*

                                            <u>*/s/ J Price*</u>
                                            *J Price*
                                            *(By) Deputy Clerk*